AUSA: Ranya Elzein Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Jessica Sumyk Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Illya Matthew Green Jr.

Case No. Case: 2:26−mj−30593
Assigned To : Unassigned
Assign. Date : 9/23/2026
Description: CMP USA V. GREEN (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 21, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 1591 | Sex Trafficking of Children |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Jessica Sumyk, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: September 23, 2026

[signature]
*Judge's signature*

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S Magistrate Judge
*Printed name and title*

**1591AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Jessica Wells, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since 2014 and am currently assigned to the FBI Detroit Division. I currently work on the Southeast Michigan Trafficking and Exploitation Crimes (SEMTEC) Task Force. I have experience investigating child sexual exploitation and human trafficking crimes and have also been trained specifically on these types of investigations. I have consulted with numerous other SEMTEC agents, including those that have worked on crimes-against-children investigations, including child pornography and child sexual exploitation.

2. As an FBI Special Agent, I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for ILLYA MATTHEW GREEN, JR. for violations of 18 U.S.C. § 1591 (Sex Trafficking of Children).

4. The statements contained in this affidavit are based in part on information provided by other law enforcement officers, information conveyed to

me by other law enforcement officials, and my experience, training, and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that ILLYA MATTHEW GREEN, JR. has violated the offense referenced in this complaint.

## PROBABLE CAUSE

### A. Identification of MV-1 and the Phone Number Used to Advertise MV-1

6. On September 21, 2026, SEMTEC received information from the National Center for Missing and Exploited Children advising of the identification, via facial recognition, of an active commercial sex advertisement, dated September 21, 2026, depicting a missing 15-year-old female ("MV-1"). MV-1 is a real person whose identity I know who was born in 2011. The advertisement listed phone number xxx-xxx-2132 ("x2132") as the number for customers to contact.

7. A query of x2132 through a law enforcement database identified 138 commercial sex advertisements from November 26, 2025, through September 21, 2026, listing x2132 as the contact number for customers. Several of those advertisements depicted an adult female whose identity I know, (hereafter AF-1).

8. On September 21, 2026, SEMTEC located a commercial sex advertisement depicting MV-1 and AF-1 on a law enforcement database. The advertisement, which had been posted on Megapersonals.eu, was titled 'ONENIGHT TWO BITCHS' and the text of the advertisement read as follows:

> OUTCALL ONLY
> Qv 22515 min
> hhr 320 30
> Hr 400
> TOP NOTCH DEALS TONIGHT
> BABY WE CAME TO SHOW OUT ME & TWIN

9. Based on my training and experience, I know an outcall refers to a commercial sex date where the commercial sex provider travels to the client's location, such as their hotel room or their home, to provide the requested commercial sex service. Outcalls are typically utilized when the commercial sex provider does not have a specific location for the commercial sex date or when the commercial sex provider does not want to host at their residence. I also believe, based on my training and experience, that "hhr 320 30" refers to a price of $320 for a half an hour of sexual services, and that "Hr 400" refers to a price of $400 in exchange for one hour of services.

10. Subscriber information for the x2132 number includes an address previously associated with GREEN. In May 2026, GREEN provided the x2132 number to the Michigan Department of Corrections ("MDOC") as his phone number. He also provided MDOC an address on Tobin Street in Inkster, Michigan (the "Tobin Residence") as his home address.

11. AF-1's registered address on her driver's license is the Tobin Residence.

12. Exigent ping information for the x2132 number, the number utilized in MV-1's commercial sex advertisement, placed the x2132 device in the vicinity of the Tobin Residence on September 21, 2026, at approximately 1:56pm.

**B. Recovery of MV-1 from the Tobin Residence**

13. Overnight between September 21, 2026 and September 22, 2026, SEMTEC located additional commercial sex acts depicting MV-1 and AF-1 with x2132 as the contact phone number for customers.

14. Beginning on September 21, 2026 and carrying over into September 22, 2026, an Online Covert Employee ("OCE") communicated through text messaging with x2132, in an attempt to set up an undercover commercial sex date. The following conversation occurred between the OCE and x2132:

OCE: Hey sexy

OCE: U wkn

x2132: Yea

OCE: Sorry fell asleep

OCE: Wya

x2132: Detroit

x2132: What you wanted baby

OCE: East or west

OCE: Hh

x2132: One or both or us

x2132: West

OCE: Both y'all look good AF

OCE: Yall got a room

x2132: Qv 250 hhr 300

x2132: We doing outcalls baby

OCE: Good for 300

OCE: Ok bet

x2132: Send me your address baby

x2132: Can we ft to verify

OCE: Lemme go get a room ya I can

OCE: I'm on my w kph

x2132: Okay baby

OCE: Let me get outta the house gimme a sec

15. The undercover sex date did not occur. Instead, on September 22, 2026, SEMTEC task force officers ("TFOs") were surveilling the Tobin Residence when they saw a car containing MV-1 pull into the vicinity of the residence. The TFOs attempted to make contact with the occupants of the car on foot. As they

approached and before they were able to make contact, MV-1 ran out of the car and into the building containing the Tobin Residence. GREEN then exited the driver's seat and crouched down along the driver's side of the car. Meanwhile, AF-1 also exited the car. As GREEN crouched down, the TFOs heard a clanking sound on the ground, consistent with someone dropping a firearm. The TFOs then ordered GREEN to the ground and detained him. In the area where GREEN was located, TFOs recovered a stolen Springfield Hellcat firearm. They also found a loaded magazine in GREEN's pocket.

16. Law enforcement also found $900 in United States currency in GREEN's front left pants pocket. Based on my training and experience, I know traffickers frequently maintain possession of the money earned from commercial sex dates.

17. The TFOs also found a cellular device laying underneath GREEN. An agent dialed the x2132 number, and that cellular device rang.

18. SEMTEC agents recovered MV-1 from inside the Tobin Residence.

**C. Search of the Tobin Residence and the Car in Which GREEN, MV-1, and AF-1 Arrived**

19. Agents searched the car that GREEN was driving and found several opened condom boxes and hotel room keys. In my training and experience, I know that individuals involved in commercial sex work commonly do out-call sex dates

in hotels. I also know that sex traffickers often require their victims to use condoms during their commercial sex dates.

20. That same day, SEMTEC executed a federal search warrant at the Tobin Residence. During the search, they found a Norinco rifle under an ottoman. In the same room as the rifle was GREEN's Michigan driver's license and GREEN's Social Security Card. During the search warrant execution, SEMTEC observed female clothing throughout the apartment.

21. Agents also noticed that the Tobin Residence matched the location depicted in photographs of MV-1 that were included in her September 2026 commercial sex advertisements. There is therefore probable cause to believe that the photographs used in her sex advertisements were taken at the Tobin Residence.

**D. Sex Trafficking of Minors**

22. Based on my training and experience, missing juveniles, such as MV-1, often seek shelter from their traffickers and/or other sex workers involved in their trafficking, to include staying with them at their place of residence. It is common for runaway or missing juveniles to stay with their traffickers to avoid being detected by law enforcement.

23. In my training and experience working investigations related to commercial sex trafficking of minors, I know it is extremely common for minors engaged in commercial sex work to have the assistance of adults. Typically,

minors cannot rent hotel rooms, travel long distances with frequency, create profiles or post ads on commercial sex websites, communicate with commercial sex customers, or manage their personal safety without an adult.

24. For example, in this instance, the commercial sex advertisement depicting MV-1 was posted on MegaPersonals.eu. I know through my training and experience working investigations involving commercial sex trafficking that megapersonals.eu is a website commonly used by victims and sellers of commercial sex to advertise commercial sex to potential customers. Advertisements on megapersonals.eu typically include phone numbers, locations, photos, and descriptions of the type of commercial sex offered. I know that posting on megapersonals.eu requires a user to be 18 years of age to make a post. As MV-1 is not yet 18 years of age, it is reasonable to believe an adult, not MV-1, made the commercial sex postings of MV-1.

25. In my training and experience, I know that individuals who engage in the sex trafficking of others use their cell phones to take, store, and share photographs of victims to be used in commercial sex ads, to post commercial sex advertisements, and to communicate with customers to schedule commercial sex dates.

26. Here, agents did not locate a cellular phone on MV-1's person or in the car in which she arrived to the Tobin residence. They located the x2132 phone

under GREEN, and they located a phone on AF-1's. person. There is therefore probable cause to believe that GREEN, who possessed the device with the phone number listed on MV-1's commercial sex advertisement: (1) photographed MV-1 at the Tobin Residence, (2) used those photographs to create or facilitate the creation of her commercial sex advertisements, and (3) was communicating with MV-1's commercial sex customers, including the undercover agent, and arranging and facilitating MV-1's commercial sex dates.

27. There is therefore probable cause to believe that GREEN, having had a reasonable opportunity to observe MV-1, advertised, provided, harbored, transported, and/or maintained MV-1, knowing that she would engage in commercial sex acts.

28. The cellular device associated with the x2132 number is an Apple iPhone. I know that iPhones are not manufactured in Michigan. Therefore, the use of that phone to advertise MV-1 and arrange a commercial sex date with the undercover agent, as well as the use of the internet to posed MV-1's commercial sex advertisement, affected interstate or foreign commerce.

## CONCLUSION

29. Based on the foregoing, there is probable cause to believe that ILLYA MATTHEW GREEN, JR. committed violations of 18 U.S.C. § 1591 (Sex Trafficking of Children).

Respectfully submitted,

Jessica Sumyk, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

Date: September 23, 2026